

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 07-*132 UNA* ) |
| SANTO TEODORO BAEZ, a/k/a "LUIS DUPREY" | ) ) ) ) |
| Defendant. | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about June 19, 2007, in the State and District of Delaware, the defendant herein, Santo Teodoro Baez, an alien and citizen of the Dominican Republic, was found in the United States after having been removed and deported therefrom on or about November 5, 1994, and the defendant was knowingly in the United States, and prior to the defendant's reembarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security,



FILED

OCT 10 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

had expressly consented to the defendant's re-application for admission to the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: *Christopher J. Burke* (signature)
Christopher J. Burke
Assistant United States Attorney

Dated: October 10, 2007