IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-132 UNA |
| | ) |
| SANTO TEODORO BAEZ, | ) |
| a/k/a "LUIS DUPREY" | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Santo Teodoro Baez, pursuant to an Indictment returned against him by the Federal Grand Jury on October 10, 2007.

                                        COLM F. CONNOLLY
                                        United States Attorney

BY: *Christopher J. Burke* (signature)
              Christopher J. Burke
              Assistant United States Attorney

Dated: October 10, 2007

FILED

OCT 10 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

AND NOW, this __10th__ day of __October__, 2007, based upon the foregoing Motion,

IT IS ORDERED that an arrest warrant be issued for the arrest and apprehension of Santo Teodoro Baez.

_____
Honorable Leonard P. Stark
United States Magistrate Judge