◆AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

SANTO TEODORO BAEZ,
a/k/a Luis Duprey

**WARRANT FOR ARREST**

Case Number:  CR 07-132-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SANTO TEODORO BAEZ, a/k/a Luis Duprey _____
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

RE-ENTRY AFTER DEPORTATION - ( COUNT I )

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE
2007 OCT 12  AM 9: 29

in violation of Title _____ 8 _____ United States Code, Section(s) _____ 1326(a) and (b)(2) _____

| PETER T. DALLEO | BY: _[signature]_ ; DEPUTY CLERK |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| CLERK OF COURT | OCTOBER 11, 2007   at WILMINGTON, DE |
| Title of Issuing Officer | Date and Location |

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

844 KING ST, WILMINGTON DE

| DATE RECEIVED 10-11-07 | NAME AND TITLE OF ARRESTING OFFICER  G. HENDERSON, DUSM | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 10-11-07 | | |