UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) CASE NO. 07-132 - UNA |
| vs. | ) |
| Santo Teodoro Baez, | ) ) |
| Defendant. | ) ) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on 10/12/07 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until 11/12/07 . The time between the date of this order and 11/12/07 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161, et seq.).

FILED

OCT 1 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney